AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

RICHARD STEWART REESE

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:06-m-1176-MCR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 29, 2006, in Duval County, in the Middle District of Florida, defendant(s) did,

willfully and maliciously attempt to damage and destroy a building known as the Planned Parenthood facility, located at 3850 Beach Boulevard, Jacksonville, Florida 32207, said building used in interstate and foreign commerce and used in activities affecting interstate and foreign commerce, by means of fire,

in violation of Title 18, United States Code, Section(s) 844(i). I further state that I am a(n) Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☐ Yes  ☐ No

Signature of Complainant
JEFFREY BROWN
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

June 30, 2006                          at          Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

N:\_Criminal Cases\R\Reese, Richard_2006R_JJS\f_complaint_package.wpd

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey Brown, Special Agent, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, do hereby state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed for approximately 16 years. I am a Certified Fire Investigator and have been trained in fire science and the principles of fire behavior. This affidavit is based on information from my personal knowledge, training, and experience, as well as information received from other law enforcement officers and witnesses during the course of this investigation as set forth below.

2. I make this affidavit in support of a Criminal Complaint charging Richard Stewart Reese, date of birth 05-17-1977, social security number ▇▇▇▇▇▇▇▇ with willfully and maliciously attempting to damage and destroy a building known as the Planned Parenthood facility, located at 3850 Beach Boulevard, Jacksonville, Florida 32207, said building used in interstate and foreign commerce and used in activities affecting interstate and foreign commerce, by means of fire, in violation of 18 U.S.C. § 844(i).

3. I am informed of the information contained in paragraphs 4 through 7 below from speaking directly with Detective Tom White of the Jacksonville Sheriff's Office ("JSO") and also with JSO Officer N.C. Tirri. Detective White learned the information from dispatch personnel within JSO and the Jacksonville Beach Police Department, as well as from the responding officers discussed herein.

4. On June 29, 2006, at approximately 3:30 a.m., Richard T. Reese, the father of Richard Stewart Reese, contacted the Jacksonville Beach Police Department. Richard T. Reese advised that his son, Richard Stewart Reese, had just told him by cell phone that he was on his way to burn down a Planned Parenthood building. Richard T. Reese said that his son was driving a silver Nissan Altima.

5. Jacksonville Beach Police Department dispatch quickly relayed the information to JSO, and JSO sent Officer N.C. Tirri, riding in a marked JSO police vehicle, to monitor the Planned Parenthood facility located at 3850 Beach Boulevard, Jacksonville, Florida 32207. At approximately 4:15 a.m., Officer Tirri observed a silver Nissan Altima occupied by one white male approaching the Planned Parenthood building located at 3850 Beach Boulevard. Officer Tirri observed that the driver of the Altima looked at him, and that the driver then exhibited a look of panic on his face. Officer Tirri then pulled behind the vehicle and attempted to make a traffic stop of the vehicle by activating the patrol car's emergency lights. The vehicle failed to stop and a high speed chase ensued, reaching speeds of up to 100 miles-per-hour.

6. JSO officers eventually stopped the Nissan Altima on Interstate 10 near Lenox Avenue, in Jacksonville, Florida. Officer Tirri approached the vehicle and identified the driver as Richard Stewart Reese, white male, date of birth May 17, 1977. Officer Tirri smelled the strong odor of gasoline coming from within the vehicle. Officer Tirri also observed on the front passenger seat of the vehicle a container containing what appeared and smelled to the officer to be gasoline. Officer Tirri also observed a cigarette lighter within the vehicle. Finally, it appeared and smelled to Officer Tirri that gasoline had been spread inside the passenger compartment of the vehicle. Based on

my training and experience, I know gasoline to be an ignitable liquid often used as an accelerant in purposely-set fires.

7. Officer Tirri took Richard Stewart Reese into custody on the state charge of aggravated fleeing and attempting to elude the police. Officer Tirri administered Miranda warnings to Richard Stewart Reese. Richard Stewart Reese admitted that he had poured gasoline on himself, but he refused to make further statements.

8. I received the information contained in this paragraph from Special Agent Eileen Jacob of the Federal Bureau of Investigation. On June 29, 2006, Special Agent Jacob spoke with Gabrielle Franks, Vice President of client services for Planned Parenthood Federation of America, in Jacksonville, Florida. Special Agent Jacob learned from Ms. Franks the following. Ms. Franks has duties and responsibilities with respect to the Planned Parenthood facility located at 3850 Beach Boulevard, Jacksonville, Florida 32207. Planned Parenthood Federation of America is a national organization based in New York that provides reproductive health care services. The Planned Parenthood location at 3850 Beach Boulevard, Jacksonville, Florida is an affiliate of the national organization and receives training and materials from the national organization. The Planned Parenthood location at 3850 Beach Boulevard distributes informational materials to persons seeking advice about birth control and other reproductive matters. Such informational materials are produced out-of-state and are manufactured and move in interstate commerce. The Planned Parenthood location at 3850 Beach Boulevard also provides birth control to its clients, and such birth control devices are manufactured out-of-state and abroad and move in interstate and foreign commerce. Finally, the Planned Parenthood location at 3850 Beach Boulevard also

serves out-of-state clients who travel interstate to come to that facility.

9. On June 29, 2006, JSO Detective White conducted a more detailed interview of Richard Stewart Reese's father, Richard T. Reese. Richard T. Reese informed Detective White of the following. Richard Stewart Reese is a 29-year-old man who lives with his parents. Richard Stewart Reese has mental health problems for which he takes medication. Richard Stewart Reese had been involuntarily committed pursuant to the Baker Act on at least one recent occasion. Richard Stewart Reese abuses alcohol. At approximately 3:00 a.m. on June 29, 2006, Richard T. Reese discovered that his son's vehicle was not parked at the house. Richard T. Reese called his son on the son's cell phone. Richard Stewart Reese informed his father that he was doing "God's will" to please his mother. Richard T. Reese asked his son what he meant by "God's will," and Richard Stewart Reese replied that he was going to burn down Planned Parenthood. Richard T. Reese then called the police.

10. Based on the foregoing, I submit that there is probable cause to believe that Richard Stewart Reese willfully and maliciously attempted to damage and destroy a building known as the Planned Parenthood facility, located at 3850 Beach Boulevard, Jacksonville, Florida 32207, said building used in interstate and foreign commerce and used in activities affecting interstate and foreign commerce, by means of fire, in

violation of 18 U.S.C. § 844(i).

Further Your Affiant sayeth naught.

_____
JEFFREY BROWN
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives


Subscribed to and Sworn to Before Me this 30th Day of June, 2006.


_____
MONTE C. RICHARDSON
United States Magistrate Judge

5