# United States District Court

Middle District of Florida

FILED
2007 MAY 25 PM 12: 56

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

V

Richard Reese
14143 Crystal Cove Drive
Jacksonville, FL 32224
(Name and address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case No: 3:06-cr-362-J-MCR

**You are hereby summoned** to appear before the United States District Court at the place, date, and time set forth below.

| Place: | United States Courthouse<br>300 N. Hogan Street<br>Jacksonville, Florida | Room | Courtroom No. 5C |
|---|---|---|---|
| | | Date | June 1, 2007 |
| Before: | Honorable Monte C. Richardson<br>United States Magistrate Judge | Time | 10:30 a.m. |

**To answer a(n)**

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice

☒ Probation Violation Petition

**Charging you with a violation of** Title   United States Code, Section(s)

Brief description of the offense:

SEE ATTACHED CERTIFIED COPY OF PETITION ON PROBATION AND SUPERVISED RELEASE

_Donna Howard, Deputy Clerk_   5/24/2007
Signature of Issuing Officer                    Date

Sheryl L. Loesch, Clerk of Court
Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me (*) on: __Sally Watson__ Date: __5/24/07__

Check one box below to indicate appropriate method of service.

☑ Served personally upon the defendant at: __1443 Crystal Cove Dr. Jax, FL 32224__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.

Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on __5/24/07__  _____Sally Watson_____
Date                     Name of United States Marshal/United States Probation Officer

_____
(by) Deputy United States Marshal

Remarks:

(*) As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.