# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                   Case No.  3:06-cr-362-J-MCR

RICHARD STEWART REESE                                          Defense Atty.: Oliver David Barksdale, Esq.
                                                                                             AUSA: D.J. Pashayan

| Judge | Monte C. Richardson<br>U. S. Magistrate Judge | Date and Time | 6/1/2007<br>10:34 a.m. - 10:56 a.m. |
|---|---|---|---|
| Deputy Clerk | Sharon H. Spaulding | Tape/Reporter | Digital |
| Interpreter | None | Pretrial/Probation: | Sally A. Watson |

## Clerk's Minutes

PROCEEDINGS:                    **INITIAL APPEARANCE (VOP)**

Defendant summoned by U.S. Probation Office to appear on June 1, 2007 on a Violation of Conditions of Probation out of the Middle District of Florida

Defendant advised of rights, charges, penalties and special assessment.

David Barksdale, Esq. orally entered an attorney appearance on behalf of Defendant

Government orally moved for bond

Bond set: Order Setting Conditions of Release to enter.

**FINAL REVOCATION HEARING SET FOR JUNE 18, 2007 AT 10:30 A.M.**