**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                          3:06-CR-362-J-MCR

RICHARD STEWART REESE
_____

## O R D E R

On August 27, 2007, Ronald T. Henry, Assistant United States Attorney, and Defendant, RICHARD STEWART REESE, appeared n person and with his counsel, Oliver David Barksdale, for a hearing on the Petition for Warrant or Summons for Offender Under Probation, filed May 24, 2007.

On January 22, 2007, Defendant was sentenced to four (4) years probation for attempting to damage the property of a facility because such facility provides reproductive health services.

And now the Probation Office reporting to the Court, and the Court finding that Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED**:

1.    Defendant is hereby reinstated to supervision. All previous special conditions shall remain intact.

2.    Defendant shall maintain an active participation in a regimen of medical, psychiatric, or psychological care or treatment as directed by the probation officer.

3.    Defendant shall take all prescribed medications as directed by his physician and treatment providers.

4.	Defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

5.	Richard Thomas Reese, Defendant's father, will continue to ensure Defendant takes his medications as directed by his physician.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 5th day of September, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
U.S. Probation Office